Gentile & Dickler, LLP
Attorneys for Plaintiff
261 Madison Avenue
New York, NY 10016
(212) 619-2700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EXP GROUP, LLC., | : | |
| | : | |
| Plaintiff, | : | RULE 7.1 CERTIFICATION |
| v. | : | |
| LOS COMPADRES PRODUCTS CORP. and JOSEFA F. PEREZ, | : | Case No. |
| Defendant. | : | |

Pursuant to Rule 7.1 of the General Rules of this Court, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the Plaintiff, EXP Group, LLC., in the captioned action certifies that the Plaintiff is not a publicly held corporation or corporate parent, subsidiary, or affiliate of a publicly held corporation.

Dated: November 5, 2007

Gentile & Dickler, LLP
Attorneys for Plaintiff

By: _____
Paul T Gentile (PTG4037)
261 Madison Avenue
New York, NY 10016
(212) 619-2700