

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **ORDER TO SHOW CAUSE WITH SUPPORTING DOCUMENTS, SUMMONS, COMPLAINT, DECLARATION OF RALPH TAJEDA, AFFIRMATION OF PAUL T. GENTILE, ESQ. WITH EXHIBITS, AND MEMORANDUM OF LAW** |
| EFFECTED (1) BY ME: | **KELVI FRIAS** |
| TITLE: | **PROCESS SERVER**    DATE: **11/09/2007  10:19AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LOS COMPADRES PRODUCTS CORP.

Place where served:

1312 RADALL AVE   BRONX NY 10472

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PABLO PEREZ

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ____ / ____ / 20____

SIGNATURE OF KELVI FRIAS   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/9/07

NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 8, 2011

ATTORNEY:     PAUL T. GENTILE, ESQ.
PLAINTIFF:    EXP GROUP LLC
DEFENDANT:    LOS COMPADRES PRODUCTS CORP., ET AL
VENUE:        DISTRICT SDNY
DOCKET:       07 CV 9847 PAC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.