CROTTY J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2007

Gentile & Dickler, LLP (PTG4037)
Attorneys for Plaintiff
261 Madison Avenue
New York, NY 10016
(212) 619-2700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EXP GROUP, LLC., | : | |
| | : | |
| Plaintiff, | : | Case No. 07 Civ 9847 PAC |
| v. | : | |
| | : | |
| LOS COMPADRES PRODUCTS CORP. | : | ORDER TO SHOW CAUSE |
| and JOSEFA F. PEREZ, | : | WITH TEMPORARY |
| | : | RESTRAINING ORDER |
| Defendant. | : | |

UPON the annexed certification of Ralph Tejeda, with exhibits, the certification of Paul T. Gentile, Esq. as to why notice should not be required pursuant to Fed. R. Civ. P. 65(b), the complaint, and the accompanying memorandum of law, it is

ORDERED, that the Defendants, Los Compadres Products Corp. and Josefa F. Perez, show cause before the Honorable _Paul A Crotty_, United States District Judge, at the United States Courthouse, 200 Pearl Street, Courtroom _20C_, New York, New York 10007, on _Tuesday November 13_, 2007 at _11_ o'clock _A_. m., or as soon thereafter as counsel can be heard, why a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure

should not issue enforcing the statutory trust under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(4), by enjoining the Defendants, their agents, employees, successors, banking institutions, attorneys, and all other persons in active concert and participation with them from using PACA trust assets in their ordinary course of business, or otherwise dissipating trust assets, or making payment of any trust asset to any creditor, person or entity until further order of this Court or until the Defendants pay $162,214.99, plus interest, costs, and attorneys fees to the plaintiff; and

**IT APPEARING** to the Court from the certification of Ralph Tejeda, that the Defendants are about to commit the acts hereinafter specified and that they will do so unless restrained by order of this Court, and that immediate and irreparable injury, loss or damage will result to plaintiff before notice can be given and the Defendants or their attorneys can be heard in opposition to the granting of a temporary restraining order, in that Plaintiff and other PACA trust creditors will suffer immediate and irreparable injury in the form of a loss of trust assets; it is therefore

**ORDERED**, that Defendants, Los Compadres Products Corp. and Josefa F. Perez, their agents, officers, assigns, banking institutions and attorneys and all persons in active concert and participation with them be and they hereby are

(i)  temporarily restrained from violating the provisions of the Perishable Agricultural Commodities Act 7 U.S.C. § 499a *et seq.* (hereinafter "PACA") and the regulations promulgated thereunder; and

(ii)   temporarily restrained from, in any way, directly or indirectly, in whole or in part, absolutely or as security, paying, withdrawing, transferring, assigning or selling any and all existing PACA trust assets and/or otherwise disposing of company or personal assets to any creditors, persons, or entities until further order of this Court or until the defendants pay the plaintiffs the sum of $162,214.99 plus interest, costs, and attorneys fees, and

(iii)   ordered that if the Defendants fail to pay Plaintiff in full within three (3) business days from the date of entry of this order, the defendants must account to this Court and counsel for the plaintiff for the following items generated in defendants business, to wit: any and all perishable agricultural commodities, inventories of food or other products derived from such perishable agricultural commodities, and any and all receivables or proceeds from such commodities and food or other products, which in any way have been distributed or disposed of, directly or indirectly, in whole or in part, absolutely or as security on or after June 4, 2007 with a description of the property involved, the recipient, the date and the purpose of the distribution; and

(iv)   ordered that if the Defendants fail to pay Plaintiff in full within three (3) business days from the date of entry of this order, the defendants must account to this Court and counsel for the plaintiff for

all assets in defendants' ownership, possession, custody and/or control, or in the possession, custody and/or control of entities controlled by defendants, including the date of acquisition and whether or not such assets or any interest therein derived from the proceeds of the sale of perishable agricultural commodities by Los Compadres Products Corp. and Josefa F. Perez, and, if not, the source of such assets; and

(v)   ordered to restore to the PACA trust any PACA trust assets derived directly or indirectly from EXP Group, LLC. operations and received or transferred by them on or after June 4, 2007; and

(vi)   ordered to segregate and escrow all proceeds from the sale of perishable agricultural commodities in a trust account to be designated "Los Compadres PACA Escrow Account" with plaintiff's counsel, Gentile & Dickler, LLP, as escrow agent, depositing therein all cash assets of the PACA trust, no withdrawals to be made therefrom pending further order of this Court; and

(vii)   ordered that if the Defendants fail to pay Plaintiff in full within three (3) business days from the date of entry of this order, the Defendants must deliver to Plaintiff's counsel complete list of all accounts receivable of Los Compadres Products Corp., generated by its perishable agricultural commodities business with those receivables

being collected by defendants' or plaintiff's counsel and deposited in the "Los Compadres PACA Escrow Account," and it is further ORDERED THAT Security in the Amt of $_____ be posted by _____

ORDERED, that this Order will be binding upon the parties to this action, their officers, agents, servants, employees, banks, or attorneys and all other persons or entities who receive actual notice of this Order, and it is further

ORDERED, that this order will expire __10__ days after entry unless within such time the order for good cause shown is extended for a like period, or unless the Defendants consent that it may be extended for a longer period; and it is further

Ordered that in view of the returned checks from defendant and the fact that

ORDERED, that the Plaintiff shall not be required to post a bond hereunder, and it is further _plaintiff has not been paid no security will be required_

ORDERED, that this order to show cause together with copies of the papers upon which it was granted be served upon the Defendants Los Compadres Products Corp. and Josefa F. Perez, or their attorneys on or before _Friday, November 9, 2007_ at _5AM_, 2007.

This Temporary Restraining Order is entered this __8th__ day of __November__ 2007 at _2 : p_.m. A hearing on plaintiff's motion for a preliminary injunction is scheduled for _Tuesday November 13_, 2007 at _11 A_.m.

Dated:   New York, New York
         November 8, 2007

/ISSUED: _____

_____
, U.S.D.J.

5