AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **PRELIMINARY INJUNCTION** |
| EFFECTED (1) BY ME: | **KELVI FRIAS** |
| TITLE: | **PROCESS SERVER**       DATE: **11/16/2007  11:05AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LOS COMPADRES PRODUCTS CORP.

Place where served:

1312 RANDALL AVE.   BRONX NY 10472

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PABLO PEREZ A/K/A ALMANDO PEREZ

Relationship to defendant: AUTHORIZED AGENT/HUSBAND

Description of person accepting service:

SEX: M_  AGE: 36-50_  HEIGHT: 5'4"-5'8"_  WEIGHT: OVER 200 LBS.  SKIN: BROWN_  HAIR: GRAY_  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 16 / 20 07

_____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | PAUL T. GENTILE, ESQ |
| PLAINTIFF: | EXP GROUP, LLC |
| DEFENDANT: | LOS COMPADRES PRODUCTS CORP., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 9847 (PAC) |

11/16/07.
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR