



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___10___
DATE FILED: JAN 0 4 2008

**Gentile & Dickler, LLP (PTG4037)**
**Attorneys for Plaintiff**
**261 Madison Avenue**
**New York, NY 10016**
**(212) 619-2700**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **EXP GROUP, LLC.,** | : | **Case No. 07 CV 9847 (PAC)** |
| *Plaintiff,* | : | |
| v. | : | **ECF Case** |
| | : | |
| **LOS COMPADRES PRODUCTS CORP.** | : | **ORDER TO SHOW CAUSE** |
| and **JOSEFA F. PEREZ,** | : | **FOR CONTEMPT AND** |
| | : | **ATTACHMENT** |
| *Defendant.* | : | |

**UPON** the annexed copy of a Preliminary Injunction issued by this Court on November 15, 2007, as amended on November 16, 2007 ("the Injunction"), the accompanying Certification of Paul T. Gentile dated January 3, 2008, the accompanying Certification of Ralph Tejeda dated December 27, 2007, the accompanying Memorandum of Law, and the documents filed of record, in consideration of this Order to Show Cause submitted by the Plaintiff, it is

**ORDERED,** that the Defendants, Los Compadres Products Corp. and Josefa F. Perez, show cause before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse, 200 Pearl Street, Courtroom 20C, New

York, New York 10007, on _January 10_, 2008 at _11:00 a.m_o'clock _Courtroom 11-C_

___. m., or as soon thereafter as counsel can be heard, why (1) an order pursuant to

Rule 65(d) of the Federal Rules of Court Procedure and Local Civil Rule 83.9 should

not be issued adjudging the Defendants in contempt of this Court for having violated

and disregarded the terms of the Injunction; and to order that the Defendants purge

themselves of their contempt by (a) delivering to the Plaintiff documentation, funds,

records and accountings as set forth in the Injunction together with all costs of this

proceeding, including reasonable attorneys fees; and

**IT APPEARING** to the Court from the Certification of Paul T. Gentile and the

Certification of Ralph Tejeda, that the Defendants continued to violate and disregard

the terms of the Injunction by (a) continuing to dissipate trust assets in the form of a

newly named business at the same location that employs the same employees as

Defendant Los Compadres Products Corp. and (b) the Defendants have failed to

appear in response to an Order to Show Cause issued by the Court on November 8,

2007 and heard on November 13, 2007; it is therefore

**ORDERED,** that Josefa F. Perez, as sole officer, director and shareholder of
_adjudged that she is in contempt_
Defendant Los Compadres Products Corp., be ~~attached and brought before~~ the
_and that if she fails to appear at the hearing scheduled above, the US Marshall_
Court to ~~answer for Defendants said contempt and the Marshall of the district is~~
_for the SDNY will be directed to take her into custody and will confine her_
~~directed, upon receipt of a certified copy of this order, to take said Defendant Josefa~~

~~F. Perez into custody and be confined at_____~~

2

until this matter is heard before this Court or until further order of this Court; and it is

further

ORDERED, that this order to show cause together with copies of the papers

upon which it was granted shall be served upon the Defendants by the marshal for

the district at the time of the attachment of Josefa F. Perez. *or other appropriate person for the service of process*

This Order is entered this 4th day of January 2008 at

12:30 p.m.  A hearing on plaintiff's motion for a preliminary injunction shall be

scheduled for Thursday, January 10, 2008 at 11:00 a.m. *in Courtroom 11-C* or within forty-eight (48)

hours of Defendant Josefa F. Perez' attachment, whichever shall occur first in time.

Dated:    New York, New York
          January 4, 2008

_____
Paul A. Crotty, U.S.D.J.