```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 1 2008
```

**Gentile & Dickler, LLP (PTG4037)**
**Attorneys for Plaintiff**
**261 Madison Avenue**
**New York, NY 10016**
**(212) 619-2700**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **EXP GROUP, LLC.,** | : | |
| | : | **Case No.  07 CV 9847 (PAC)** |
| *Plaintiff,* | : | |
| v. | : | **ECF Case** |
| | : | |
| **LOS COMPADRES PRODUCTS CORP.** | : | **ORDER OF ATTACHMENT** |
| **and JOSEFA F. PEREZ,** | : | |
| | : | |
| *Defendant.* | : | |

Plaintiff, EXP Group, LLC, having moved this Court for an order for civil contempt and attachment, and the Court having entered an order to show cause dated January 4, 2008 directing the appearance of Defendant Josefa F. Perez at a hearing to be held on January 10, 2008 ("the Hearing"), and further ordering that the Defendant Josefa F. Perez is in contempt of the Court and upon her failure to appear at the Hearing "the U. S. Marshall for the S.D.N.Y. will be directed to take her into custody and confine her until further order of this Court," and

Upon the evidence introduced at the Hearing held by this Court, at which the Defendant Josefa F. Perez failed to appear after proper service by the United States Marshall for the Southern District of New York on January 9, 2008, and

It appearing, based on the record before me, that incarceration is necessary in order to compel Defendant Josefa F. Perez' compliance with the orders of this Court;

NOW, on motion of Gentile & Dickler, LLP, attorneys for the Plaintiff,

IT IS ORDERED that the United States Marshall for the Southern District of New York arrest the said Defendant Josefa F. Perez and confine her until further order of this Court; and

IT IS FURTHER ORDERED that the United States Marshall for the Southern District of New York, called upon to execute the terms of this order, will be permitted to use the degree of force necessary to arrest and detain said Josefa F. Perez and will be permitted to enter forcibly into the premises of the Defendant Josefa F. Perez' principal residence, if the Defendant Josefa F. Perez is reasonably believed to be inside and if requested access is withheld, and the United States Marshall for the Southern District of New York shall take all necessary measures to affect service and enforcement of this order in any district of the United States where Defendant Josefa F. Perez may be found.

Dated:     New York, New York
           January //, 2008

                                        _____
                                        Paul A. Crotty, U.S.D.J.

2