```
┌──────────────────────────────────┐
│ USDS SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____          │
│ DATE FILED: 1-17-08               │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

EXP GROUP, LLC                                :

               Plaintiff,                      :          07 CV 9847 (PAC)

      -against-                               :

                                               ORDER
LOS COMPADRES PRODUCTS CORPS   :
and JOSEFA F. PEREZ,

                             :

            Defendants.                        :

----------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

       Pursuant to order of this court dated January 11, 2008, finding Josefa F.

Perez in contempt for failure to appear in the above matter, the U.S. Marshals for the

Southern District of New York were directed to take Ms. Perez into custody and confine

her until further notice. The order was executed on January 17, 2008 and Ms. Perez was

detained and produced in court. After hearing argument from both parties, it is hereby

ordered that the U.S. Marshals of the Southern District of New York hold Ms. Perez in

custody until bond in the amount of $100,000.00 has been posted, unless modified by

further order of the Court. Upon posting of the bond, Ms. Perez is ordered to deliver her

passport to the custody of the U.S. Marshals where it shall remain until further notice.

Another hearing in this matter will be held on January 24, 2008 at 4:00 p.m.

Dated:  New York, New York
       January 17, 2008

                                 SO ORDERED.

                                 _____
                                 PAUL A. CROTTY
                                 United States District Judge

1