$\mathscr{W}$einberg, $\mathscr{G}$ross & $\mathscr{P}$ergament LLP

**ATTORNEYS AT LAW**

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

January 18, 2008

VIA ECF AND FACSIMILE TRANSMITTAL
(212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

> Re:   Exp Group, LLC v. Los Compadres
>       Products Corp. and Josefa F. Perez
>       Case No. 07 CV 9847

Dear Judge Crotty:

This firm is counsel for Defendants, Los Compadres Products Corp. and Josefa F. Perez in the above referenced matter. Based on Ms. Perez's prior failure to appear in this matter, by Order dated January 17, 2008, following a hearing, you ordered that the U.S. Marshal of the Southern District of New York hold Ms. Perez in custody "until bond in the amount of $100,000.00 has been posted, unless modified by further order of the Court." Please accept this letter as an application on behalf of Ms. Perez for a modification of the bond amount from $100,000.00 to $50,000.00.

Since entry of the Order, Ms. Perez's family exhausted every resource to gather the assets necessary to post a $100,000.00 bond. That effort proved unsuccessful. However, based on the willingness of relatives and friends of Ms. Perez to let their assets be used as collateral, on January 18, 2008, Ms. Perez was able to secure a $50,000.00 bond. (A copy of the bond that Ira Judelson, bail bondsman, is prepared to file with the Court in the sum of $50,000.00 is annexed hereto.)

Upon being notified of the foregoing, we contacted counsel for the Plaintiff, Paul G. Gentile, Esq., and asked that he consent to a reduction in the amount of the bond from $100,000.00 to $50,000.00. Mr. Gentile declined absent Ms. Perez agreeing to certain conditions that we found unacceptable.

Honorable Paul A. Crotty
January 18, 2008
Page 2

        Under the circumstances, we believe that the requested modification of the Order
is in the interests of fairness and justice.  In addition, Ms. Perez's release from custody will
enable her to participate in our preparation for the conference scheduled for January 24, 2008.

                                Respectfully yours,


                                Marc A. Pergament

MAP:kg
cc:     VIA ECF AND FACSIMILE TRANSMITTAL
        (212) 619-3626
        Paul G. Gentile, Esq.
        Gentile & Dickler, LLP
        261 Madison Avenue
        New York, New York 10016