UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

EXP GROUP, LLC  :

        Plaintiff,  :  07 CV 9847 (PAC)

   -against-  :

                           ORDER

LOS COMPADRES PRODUCTS CORPS  :
and JOSEFA F. PEREZ,

                           :

        Defendants.
                           :
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 5 2008

HONORABLE PAUL A. CROTTY, United States District Judge:

In accordance with the hearing conducted on January 24, 2007, the order of this Court dated January 17, 2008 is modified as follows. It is hereby **ORDERED** that the U.S. Marshals of the Southern District of New York release Ms. Perez from their custody when a bond in the amount of $50,000.00 has been posted with the Clerk of Court. Upon posting of the bond, Ms. Perez is ordered to deliver her passport to the custody of the U.S. Marshals where it shall remain until further notice. The $50,000.00 bond will secure Ms. Perez' continued appearance before the court, and the performance of the terms of the Amended Injunction issued on November 16, 2007. The November 16, 2007 Amended Injunction will be enforced, and the Court will monitor its compliance until the next scheduled hearing date of February 5, 2008 at 11:00 in Courtroom 20-C.

Dated: New York, New York
       January 25, 2008

SO ORDERED.

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1