# Weinberg, Gross & Pergament LLP
### ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008

Marc J. Weingard
Partner

Telephone: (616) 877-2424 Ext. 233
Facsimile: (616) 877-2460
Email: mweingard@wgplaw.com

February 4, 2008

VIA FACSIMILE TRANSMITTAL
(212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

Re: Exp Group, LLC v. Los Compadres
Products Corp. and Josefa F. Perez
Case No. 07 CV 9847

Dear Judge Crotty:

This firm is counsel for Defendants Los Compadres Products Corp. ("Los Compadres") and Josefa F. Perez in the above referenced matter. This confirms that to provide Ms. Perez with sufficient time to prepare the accounting and other information required by the Amended Preliminary Injunction "So Ordered" by your Honor on November 16, 2007, the hearing scheduled for February 5, 2007 is being adjourned, on consent, to February 20, 2008 at 3:15 p.m. The Defendants have agreed that prior to February 20, 2008, they will provide Plaintiff's counsel with the accounting and other information, together with access to the relevant supporting documentation.

Respectfully yours,

Marc J. Weingard

MJW:kg
cc: VIA FACSIMILE TRANSMITTAL
(212) 619-3626
Paul G. Gentile, Esq.
Gentile & Dickler, LLP
Attorneys for Plaintiff

**MEMO ENDORSED**

SO ORDERED: FEB 0 5 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.02