UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

EXP Group, LLC,

          Plaintiff,

- against -

Los Compadres Products Corp. and Josefa F. Perez,

          Defendants.

----------------------------------------------------------X

Case No.: 07 CIV 9847 (PAC)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Defendants Los Compadres Products Corp. and Josefa F. Perez hereby appear in the above entitled action and that the undersigned has been retained as attorneys for said Defendants and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   Garden City, New York
          February 6, 2008

                              Weinberg, Gross & Pergament LLP
                              Attorneys for Los Compadres Products Corp.
                              and Josefa F. Perez

By: _____
      Marc A. Pergament (MP-6183)
      400 Garden City Plaza, Suite 403
      Garden City, New York 11530
      (516) 877-2424

TO:   Paul T. Gentile, Esq.
        Gentile & Dickler, LLP
        Attorneys for Plaintiff
        261 Madison Avenue
        New York, New York 10016

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE: Exp Group, LLC v. Los Compadres Products Corp. and Josefa Perez, 06 07 CV. 9847

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Kimberly Galantai, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Freeport, New York.

That on the 6th day of February, 2008, I served the within **NOTICE OF APPEARANCE** upon the following attorney(s) representing the following parties at their following respective addresses designated by said attorney(s) by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Paul T. Gentile, Esq.
Gentile & Dickler, LLP
Attorneys for Plaintiff
261 Madison Avenue
New York, New York 10016

_Kimberly Galantai_
Kimberly Galantai

Sworn to before me this
6th day of February, 2008.

_Marianne Mastrocco_
Notary Public

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20 08