**Weinberg, Gross & Pergament LLP**
ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 19 2008

Marc A. Pergament
Partner

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

February 19, 2008

**MEMO ENDORSED**

VIA FACSIMILE TRANSMITTAL
(212) 805-6304

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

    Re:    Exp Group, LLC v. Los Compadres
            Products Corp. and Josefa F. Perez
            <u>Case No. 07 CV 9847</u>

Dear Judge Crotty:

      This firm is counsel to the Defendants in the above referenced matter.

      <u>This letter is submitted with consent of the attorney for the Plaintiff requesting an adjournment of the hearing scheduled for February 20, 2008.</u> It is requested that the hearing be scheduled for February 26, 2008 at 3:00 p.m. or March 5, 2008 at 9:30 a.m. or March 7, 2008 at 9:30 a.m.

      As a condition of Mr. Gentile's consent, the documents that were requested and required to be produced under the Preliminary Injunction Order, will be delivered to Mr. Gentile's office on or before February 20, 2008 by 1:00 p.m. Those documents are presently in my possession and will be delivered to Mr. Gentile.

Honorable Paul A. Crotty
United States District Judge
February 19, 2008
Page 2

In the event that Your Honor has any questions concerning this request, kindly have Chambers contact Mr. Gentile or I.

Respectfully yours,

Marc A. Pergament

MAP:kag
cc: VIA FACSIMILE TRANSMITTAL
(212) 619-3626
Paul G. Gentile, Esq.
Gentile & Dickler, LLP
261 Madison Avenue
New York, New York 10016

Application GRANTED. The conference is adjourned to 2/26/08 at 2:30 PM in Courtroom 20 C.

SO ORDERED: 2-19-08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.003