# Weinberg, Gross & Pergament LLP
### ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008

Seth M. Chovet
Partner

Telephone: (516) 877-2424 Ext. 230
Facsimile: (516) 877-2460
Email: schovet@wgplaw.com

February 29, 2008

VIA FACSIMILE TRANSMITTAL
(212) 805-6304 and ECF

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

**MEMO ENDORSED**

        Re:   Exp Group, LLC v. Los Compadres
                Products Corp. and Josefa F. Perez
                Case No. 07 CV 9847

Dear Judge Crotty:

        This firm is counsel for Defendants Los Compadres Products Corp. ("Los Compadres") and Josefa F. Perez in the above referenced matter.

        During the conference held on February 26, 2008, your Honor scheduled a hearing for March 5, 2008 at 10:00 a.m. with respect to Plaintiff Exp Group, LLC's motion for contempt. Marc A. Pergament of my firm will be representing Los Compadres and Ms. Perez at the hearing. However, I regret to inform your Honor that Mr. Pergament's mother passed away yesterday, and as such, Mr. Pergament will be unable to appear on March 5, 2008.

        In accordance with your Honor's rules, I contacted Plaintiff's counsel, Paul G. Gentile, Esq., who provided me with three (3) dates during the weeks of March 10, 2008 and March 17, 2008 as proposed adjourned dates. Of the three (3) dates proposed by Mr. Gentile, Mr. Pergament is available on March 13, 2008. Given the nature of the relief being sought by the Plaintiff, Mr. Gentile declined to provide me with any additional dates beyond the week of March 17, 2008.

        Based on the foregoing, I respectfully request that your Honor adjourn the hearing to March 13, 2008. In the event that your Honor cannot grant this request, I respectfully request that the Court conduct a conference to resolve this issue.

Honorable Paul A. Crotty
United States District Judge
February 29, 2008
Page 2

      Thank you in advance for consideration of this request.

                        Respectfully yours,

                        Seth M. Choset

SMC:kg

cc:   VIA FACSIMILE TRANSMITTAL
     (212) 619-3626
     Paul G. Gentile, Esq.
     Gentile & Dickler, LLP
     Attorneys for Plaintiff
     261 Madison Avenue
     New York, New York 10016

Application GRANTED. The conference is adjourned to 3/13/08 at 10:30 a.m. in Courtroom 20-C.

SO ORDERED: 3-3-08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.003