```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXP GROUP, LLC.,

                Plaintiff,

v.

LOS COMPADRES PRODUCTS CORP.
and JOSEFA F. PEREZ,

                Defendants.

Case No. 07-CIV-9847 (PAC)

ECF CASE

ORDER (1) Amending Caption

The Court having heard testimony of Pablo Perez, at a hearing on March 13, 2008, concerning his conduct in operating the business of Defendant Los Compadres Products Corp. subsequent to the Court's temporary restraining order, dated November 8, 2007, and subsequent to this Court's preliminary injunction dated November 15, 2007, and

At the hearing Pablo Perez acknowledged receipt of service of the temporary restraining order and the preliminary injunction, and

Upon the consent of counsel for the Plaintiff and Defendants and Pablo Perez,

**IT IS HEREBY ORDERED** that the Clerk of the Court amend the caption in this case to add the name of Pablo Perez as Defendant.

BY THE COURT:

_____
Paul A. Crotty
United States District Court Judge

Dated: New York, New York
       March 26 2008  -