UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008
```

EXP GROUP, LLC.,

          *Plaintiff,*

v.

LOS COMPADRES PRODUCTS CORP.
and JOSEFA F. PEREZ and PABLO PEREZ,

          *Defendants.*

Case No. 07-CIV-9847 (PAC)

ECF CASE

JUDGMENT AND ORDER

Upon a stipulation of settlement placed on the record at a proceeding conducted by the Court on March 13, 2008 by counsel for the above captioned Defendants and confirmed on the record by Defendants Josefa F. Perez and Pablo Perez, that the Plaintiff be granted judgment against all Defendants, jointly and severally, in an amount consisting of the total of unpaid invoices, costs, attorney fees and prejudgment interest.

It is hereby **ORDERED, ADJUDGED AND DECREED**, that EXP Group, LLC, having a principal place of business at 2500 83rd Street, 2-W, North Bergen, NJ 07047 have judgment against and shall recover of the Defendants Los Compadres Products Corp., Josefa F. Perez and Pablo Perez the sum of $162,214.99 (unpaid invoices) plus $350.00 (filing fee) plus $858.55 (service of process by private company and U.S. Marshal's service) plus $20,000.00 (attorneys fees) plus $7,520.00 (9% prejudgment interest calculated at $40.00 per day for 188 days from September 7, 2007 to March 13, 2008), making in all the sum of **ONE HUNDRED NINETY THOUSAND NINE HUNDRED FORTY-THREE ($190,943.54) DOLLARS AND FIFTY-FOUR CENTS** and that EXP Group, LLC have execution therefore:

Judgment entered this 26 day of March, 2008

_____
Paul A. Crotty
United States District Court Judge